Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−12574−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karan A. Ricci
   12 Byrnes Lane East
   Sayreville, NJ 08872

Social Security No.:
   xxx−xx−1913

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 3, 2021.

Dated: June 3, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Karan A. Ricci

    Debtor

Case No. 21-12574-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Jun 03, 2021

User: admin

Form ID: plncf13

Page 1 of 3

Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Karan A. Ricci, 12 Byrnes Lane East, Sayreville, NJ 08872-2211 |
| cr | + | CJFCU, 380 Berry Street, Woodbridge, NJ 07095-3347 |
| 519205371 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519152186 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519152187 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519167663 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519206940 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519152189 | + | Central Jersey FCU, PO Box 495937, Cincinnati, OH 45249-5937 |
| 519152193 | + | Cntrljersy, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 519152195 | + | Credit Control LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 519190685 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519152203 | + | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519152206 | | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519152207 | + | Primelending,a Plns Ca, Po Box 77404, Ewing, NJ 08628-6404 |
| 519152209 | + | Scott J. Best, Weltman Weinberg & Reis CO LPA, 170 S Independance Mall W Ste 874 W, Philadelphia, PA 19106-3334 |
| 519152210 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |
| 519152212 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519152213 | + | Tate & Kirlin Associates, Inc, 580 Middletown Blvd Ste 240, Langhorne, PA 19047-1876 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519195340 | | Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 20:30:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519152185 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 20:30:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519152188 | + | Email/Text: collections@cjfcu.org | Jun 03 2021 20:30:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 519152191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:47:08 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519152192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:47:08 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519152194 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 03 2021 20:31:00 | Convergent Outsourcing, Inc, 800 SW 39th St/ PO box 9004, Renton, WA 98057-9004 |

District/off: 0312-3                          User: admin                                   Page 2 of 3
Date Rcvd: Jun 03, 2021                       Form ID: plncf13                              Total Noticed: 49

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 519152196 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2021 21:45:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519162126 | + Email/Text: mrdiscen@discover.com | Jun 03 2021 20:30:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519152197 | + Email/Text: mrdiscen@discover.com | Jun 03 2021 20:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519152198 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 03 2021 20:31:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519222105 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2021 20:31:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519152199 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2021 20:31:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519152190 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 21:45:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519152200 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 03 2021 20:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519152201 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 21:46:05 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 519169332 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 21:46:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519202240 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2021 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519152202 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2021 20:31:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519152204 | + Email/Text: bankruptcy@onlineis.com | Jun 03 2021 20:31:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519152205 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519225276 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519229110 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:46:02 | Portfolio Recovery Associates, LLC, c/o Jetblue, POB 41067, Norfolk VA 23541 |
| 519225279 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:06 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 519206329 | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 20:31:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519208337 | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 20:31:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519152208 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 21:46:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519155424 | + Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:45:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519152211 | + Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:47:48 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519205760 | + Email/Text: bncmail@w-legal.com | Jun 03 2021 20:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

District/off: 0312-3                          User: admin                                      Page 3 of 3
Date Rcvd: Jun 03, 2021                       Form ID: plncf13                           Total Noticed: 49
TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519212454 | *+ | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                  Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PrimeLending  A PlainsCapital Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Karan A. Ricci cullari@comcast.net |
| Robert J. Malloy | on behalf of Creditor CJFCU ecf.rjmalloylaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5