UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 21-028085
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

| | |
|---|---|
| In Re:<br><br>KARAN A. RICCI,<br>　　　　　　　　　　　DEBTOR | Case No.: 21-12574-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Mortgage Forbearance Due to Covid-19     ECF Doc: 22

Date:   9-30-2021                    /s/Elizabeth L. Wassall
                                      Signature

*rev.8/1/15*