**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karan A. Ricci<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1913<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–12574–MBK | |

# Order of Discharge                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Karan A. Ricci

  9/5/25                                     **By the court:** Michael B. Kaplan
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Karan A. Ricci  
    Debtor

Case No. 21-12574-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 05, 2025      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karan A. Ricci, 12 Byrnes Lane East, Sayreville, NJ 08872-2211 |
| cr | + | CJFCU, 380 Berry Street, Woodbridge, NJ 07095-3347 |
| 519152189 | + | Central Jersey FCU, PO Box 495937, Cincinnati, OH 45249-5937 |
| 519152193 | + | Cntrljersy, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 519152207 | + | Primelending,a Plns Ca, Po Box 77404, Ewing, NJ 08628-6404 |
| 519152210 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519195340 | | EDI: GMACFS.COM | Sep 06 2025 00:55:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262388 | + | EDI: AISACG.COM | Sep 06 2025 00:55:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519152185 | + | EDI: GMACFS.COM | Sep 06 2025 00:55:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519205371 | | Email/PDF: bncnotices@becket-lee.com | Sep 05 2025 21:46:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519152186 | + | Email/PDF: bncnotices@becket-lee.com | Sep 05 2025 21:34:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519152187 | | EDI: BANKAMER | Sep 06 2025 00:55:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519167663 | + | EDI: BANKAMER2 | Sep 06 2025 00:55:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519206940 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 05 2025 21:17:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519152195 | | Email/Text: correspondence@credit-control.com | Sep 05 2025 21:17:00 | Credit Control LLC, PO Box 546, Hazelwood, MO 63042 |
| 519152188 | + | Email/Text: collections@cjfcu.org | Sep 05 2025 21:16:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519152190 | + | EDI: JPMORGANCHASE | Sep 06 2025 00:55:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519152191 | + | EDI: CITICORP | Sep 06 2025 00:55:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519152192 | + | EDI: CITICORP | Sep 06 2025 00:55:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519152194 | + | EDI: CONVERGENT.COM | Sep 06 2025 00:55:00 | Convergent Outsourcing, Inc, 800 SW 39th St/ PO box 9004, Renton, WA 98057-9004 |
| 519152196 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:45:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519162126 | + | EDI: DISCOVER | Sep 06 2025 00:55:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519152197 | + | EDI: DISCOVER | Sep 06 2025 00:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519152198 | + | EDI: PHINGENESIS | Sep 06 2025 00:55:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519222105 | | EDI: JEFFERSONCAP.COM | Sep 06 2025 00:55:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519152199 | | EDI: JEFFERSONCAP.COM | Sep 06 2025 00:55:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519190685 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 05 2025 21:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519152200 | + | EDI: CAPITALONE.COM | Sep 06 2025 00:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519152201 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:46:02 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 519169332 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:35:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519202240 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 21:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519152202 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 21:18:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519900468 | ^ | MEBN | Sep 05 2025 21:17:24 | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519629489 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519456757 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519456758 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519152203 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 05 2025 21:18:00 | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519152204 | + | Email/Text: bankruptcy@onlineis.com | Sep 05 2025 21:18:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519152205 | | EDI: PRA.COM | Sep 06 2025 00:55:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519225276 | | EDI: PRA.COM | Sep 06 2025 00:55:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519229110 | | EDI: PRA.COM | Sep 06 2025 00:55:00 | Portfolio Recovery Associates, LLC, c/o Jetblue, POB 41067, Norfolk VA 23541 |
| 519225279 | | EDI: PRA.COM | Sep 06 2025 00:55:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 519152206 | | Email/Text: signed.order@pfwattorneys.com | Sep 05 2025 21:16:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519206329 | | EDI: Q3G.COM | Sep 06 2025 00:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519208337 | | EDI: Q3G.COM | Sep 06 2025 00:55:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519152208 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:34:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519155424 | ^ | MEBN | Sep 05 2025 21:17:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519152211 | + | EDI: SYNC | Sep 06 2025 00:55:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519205760 | + | Email/Text: bncmail@w-legal.com | Sep 05 2025 21:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519152212 | + | EDI: WTRRNBANK.COM | Sep 06 2025 00:55:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519152213 | ^ | MEBN | Sep 05 2025 21:13:51 | Tate & Kirlin Associates, Inc, 580 Middletown Blvd Ste 240, Langhorne, PA 19047-1876 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519212454 | *+ | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519629488 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519152209 | ##+ | Scott J. Best, Weltman Weinberg & Reis CO LPA, 170 S Independence Mall W Ste 874 W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor PrimeLending A PlainsCapital Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com NJbkyecf@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis P. Cullari | on behalf of Debtor Karan A. Ricci cullari@comcast.net |
| Kathleen M Magoon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com kathleenmagoon@gmail.com |
| Robert J. Malloy | on behalf of Creditor CJFCU ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11